# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DIRECTV, INC.,**                                              **PLAINTIFF,**

**VS.**                                          **CIVIL ACTION NO. 2:03CV261-P-D**

**VALERIE HUBBARD and**
**CHRIS MCGATH,**                                        **DEFENDANTS.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Valerie Hubbard's Motion for Summary Judgment [79-1] is **GRANTED**;

(2) Defendant Chris McGath's Motion for Summary Judgment [81-1] is **GRANTED**;

(3) All of the plaintiff's claims against both of the remaining defendants are hereby **DISMISSED WITH PREJUDICE**; and

(4) This case is **CLOSED**.

**SO ORDERED** this the 17th day of August, A.D., 2005.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE