# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DIRECTV, INC.,**                                                  **PLAINTIFF,**

**VS.**                                            **CIVIL ACTION NO. 2:03CV261-P-D**

**VALERIE HUBBARD and**
**CHRIS MCGATH,**                                        **DEFENDANTS.**

## AMENDED FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Valerie Hubbard's Motion for Summary Judgment [79-1] is **GRANTED**;

(2) Defendant Chris McGath's Motion for Summary Judgment [81-1] is **GRANTED**;

(3) All of the plaintiff's claims against both of the remaining defendants are hereby **DISMISSED WITH PREJUDICE**; and

(4) Valerie Hubbard's counterclaim against DirecTV, Inc. remains.

**SO ORDERED** this the 18th day of August, A.D., 2005.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE